No. 73–1701. United States v. National Association of Securities Dealers, Inc., et al. Appeal from D. C. D. C. Probable jurisdiction noted.

No. 73–1723. Hill, Attorney General of Texas v. Stone et al. Appeal from D. C. N. D. Tex. Probable jurisdiction noted.

No. 73–1765. Meek et al. v. Pittenger, Secretary of Education, et al. Appeal from D. C. E. D. Pa. Probable jurisdiction noted.

No. 73–1869. Beer et al. v. United States et al. Appeal from D. C. D. C. Probable jurisdiction noted.

No. 73–1892. Weinberger, Secretary of Health, Education, and Welfare v. Wiesenfeld. Appeal from D. C. N. J. Probable jurisdiction noted.

No. 73–1942. Erznoznik v. City of Jacksonville. Appeal from Dist. Ct. App. Fla., 1st Dist. Probable jurisdiction noted.

No. 73–2060. Austin et al. v. New Hampshire et al. Appeal from Sup. Ct. N. H. Probable jurisdiction noted.